NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STACEY RENALDO HAMMOND,           )
                                  )
        Appellant,                )
                                  )
v.                                )     Case No. 2D18-4939
                                  )
STATE OF FLORIDA,                 )
                                  )
        Appellee.                 )
_____   )

Opinion filed August 28, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
DeSoto County; Don T. Hall, Judge.

PER CURIAM.

        Affirmed.

SILBERMAN, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.